RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Pablo Santiz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>PABLO SANTIZ,<br><br>            Defendant. | Case No. 2:22-cr-00244-JCM-EJY<br><br>**STIPULATION TO VACATE TRIAL DATES** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Pablo Santiz, that the calendar call currently scheduled for February 19, 2025, and the trial scheduled for February 24, 2025, be vacated.

      The Stipulation is entered into for the following reasons:

      1.     On November 4, 2022, the government filed a four-count information charging the defendant with operating a motor vehicle while under the influence of alcohol, operating a motor vehicle with a BAC of .08 grams or higher, reckless driving, and driving without a valid driver's license. ECF No. 1.

2. The Court issued a bench warrant for the defendant's arrest on July 24, 2023. ECF No. 33. The warrant is still pending and the defendant's whereabouts remain unknown.

3. In light of the pending warrant, the parties respectfully request that the Court vacate the current trial date of February 24, 2025. The parties further request that the Court hold off on setting a new trial date until the defendant is arrested on the pending bench warrant.

DATED this 27th day of January, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Skyler Pearson<br>SKYLER PEARSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PABLO SANTIZ,<br><br>    Defendant. | Case No. 2:22-cr-00244-JCM-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On November 4, 2022, the government filed a four-count information charging the defendant with operating a motor vehicle while under the influence of alcohol, operating a motor vehicle with a BAC of .08 grams or higher, reckless driving, and driving without a valid driver's license. ECF No. 1.

2. The Court issued a bench warrant for the defendant's arrest on July 24, 2023. ECF No. 33. The warrant is still pending and the defendant's whereabouts remain unknown.

3. In light of the pending warrant, the parties respectfully request that the Court vacate the current trial date of February 24, 2025. The parties further request that the Court hold off on setting a new trial date until the defendant is arrested on the pending bench warrant.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the calendar call currently scheduled for February 19, 2025, at the hour of 1:30 p.m., be vacated; and the trial currently scheduled for February 24, 2025, at the hour of 9:00 a.m., be vacated.

DATED January 29, 2025.

_____
UNITED STATES DISTRICT JUDGE